## Thomas Estate.

Argued October 1, 1959. Before JONES, C. J., BELL, JONES, COHEN, BOK and McBRIDE, JJ.

reargument refused December 10, 1959.

404

*Allen N. Brunwasser*, for appellants.

*Harold E. Harper*, with him *Alter, Wright & Barron*, for appellee.

*Herbert R. Hahn*, for appellee.

OPINION PER CURIAM, November 9, 1959:
The decree is affirmed on the opinion of Judge RAHAUSER, of the court below, reported in 18 Pa. D. & C. 2d 677.